891 F.2d 283
 Reitmeyer (Mary), Sounds Distributing, Inc.
v.
Kalinsky (Norton L.), PA Record Outlet, Horovitz, Rudoy &
Roteman, Nernberg (Maurice A., Jr.), Laffey (W. Thomas,
Jr.), Pittsburgh National Bank, Kalinsky (George), Merrill,
Lynch, Pierce, Fenner & Smith, Inc., K&L Leasing, Nernberg &
Laffey, P.C.
 NO. 89-3285
 United States Court of Appeals,
Third Circuit.
 OCT 13, 1989
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.